# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**D.C. KING, B.T. PALMER, T.P. BELSKY**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**MARLON E. MIRANDA, JR.**
**CORPORAL (E-4), U.S. MARINE CORPS**

**NMCCA 201600103**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 24 November 2015.
**Military Judge**: Maj M. Sameit, USMC.
**Convening Authority**: Commanding General, 1st Marine
Division (REIN), Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation**: Col D.C.
Young, USMC.
**For Appellant**: LCDR Paul Jenkins, JAGC, USN.
**For Appellee**: Brian Keller, Esq.

**19 May 2016**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted
without assignment of error, we affirm the findings and sentence
as approved by the convening authority. Art. 66(c), Uniform
Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court